**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MAUREEN A. WILSON,

Plaintiff,

vs.

PHYLLIS DRYDEN, PATRICK FIGGE,
and VIRGINIA RAE BLY,

Defendants.

Civil No. 00-24 (DWF/AJB)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), the defendant's motion requesting dismissal or, in the alternative, summary judgment against plaintiff is referred to Magistrate Judge Arthur J. Boylan.

Dated: August 17, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed AUG 17 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______