**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Maureen A. Wilson,

File No. 00-24 DWF/AJB

Plaintiff,

v.

**ORDER**

Phyllis Dryden, Patrick Figge,
and Virginia Rae Bly,

Defendants.

---

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Arthur J. Boylan, dated August 23, 2000, on plaintiff's motion for default judgment and defendants' motions for denial of default judgment and dismissal of the action. Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for default judgment is **denied** [Docket No. 4].

2. Plaintiff's motion requesting denial of defendants' motions for dismissal is **granted** [Docket No. 11].

3. Plaintiff is required to properly make personal service of a Summons and Complaint on each of the defendants within thirty days of the date of this Order. Plaintiff is advised that failure to make timely personal service may result in dismissal of the case for failure to take action as required by Court order.

FILED SEP 29 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Defendants Dryden and Figge's motion seeking denial of plaintiff's motion for default, and further seeking dismissal or, in the alternative, summary judgment is **granted in part and denied in part** [Docket No. 7]. The motion to deny default judgment is granted and the alternative motions for dismissal or summary judgment are denied without prejudice to defendant's ability to file such motions in lieu of an answer.

Dated: September 23, 2000

DONOVAN W. FRANK
UNITED STATES DISTRICT COURT JUDGE