UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

MAUREEN A. WILSON, Civil No. 00-24 DWF/AJB

Plaintiff,

v. ORDER

PHYLLIS DRYDEN, PATRICK FIGGE,
and VIRGINIA RAE BLY,

Defendants.

---

WHEREAS, the Court has received a request from the plaintiff to allow an extension of time to properly serve the Complaint and Summons upon each defendant, and

WHEREAS, the Court's Report and Recommendation dated August 23, 2000, allowed plaintiff 30 days from the date of the District Court's Order in which to make service, and

WHEREAS, the Report and Recommendation was adopted by District Court's Order of September 29, 2000, and plaintiff therefore has until October 29, 2000, to make the required service,

NOW THEREFORE, IT IS HEREBY ORDERED THAT plaintiff's motion for extension of time is **moot.** Plaintiff has until October 29, 2000 to effect proper service of the Complaint and Summons upon each defendant.

Filed OCT 0 4 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Dated: 10/4/00

ARTHUR J. BOYLAN
United States Magistrate Judge

**MEMORANDUM**

Plaintiff is reminded that upon filing any future motions with the Court, a copy of the motion as well as the original should be filed with the Clerk's Office. This will ensure that a copy of the motion will be forwarded to the appropriate Judge and the motion will then be ruled upon in a timely fashion.

AJB